UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| MARIBETH AND BRIAN KILGORE, | ) | CASE NO. 3:18-CV-70-LRH-WGC |
|---|---|---|
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| RALEY'S, et al., | ) | |
| Defendant(s). | ) | |

This case is currently scheduled for Jury Trial on the stacked calendar of Tuesday, February 25, 2020.

IT IS ORDERED that this case is referred to The Honorable William G. Cobb for the purpose of conducting a settlement conference.

DATED this 11th day of April, 2019.

LARRY R. HICKS
U.S. DISTRICT JUDGE