Leah Ronhaar, Esq.
Nevada State Bar No. 13013
BRADLEY, DRENDEL & JEANNEY
P.O. Box 1987
Reno, NV 89505
Telephone No. (775) 335-9999
Facsimile No. (775) 335-9993
***Attorney for Plaintiffs***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIBETH KILGORE and BRIAN KILGORE, as husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>RALEY'S; ABC CORPORATIONS I-X; BLACK AND WHITE COMPANIES I-X; and JOHN DOES I-X, inclusive,<br><br>Defendants.<br>_____ / | Case No. 3:18-cv-0070-LRH-WGC<br><br>**STIPULATION AND ORDER TO CONTINUE THE DEADLINE TO FILE THE STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between the parties hereto, MARIBETH KILGORE AND BRIAN KILGORE, AS HUSBAND AND WIFE, by and through their attorney Leah Ronhaar, Esq. of Bradley, Drendel & Jeanney, and RALEY'S by and through attorney Timothy Kuhls of Phillips Spallas & Angstadt, stipulate that the deadline to submit a stipulation and order of dismissal with prejudice ordered by the court to be submitted on Friday, August 9, 2019 be continued to no later than August 19, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

Our File No. 203112

AFFIRMATION Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

| | |
|---|---|
| Dated this 9th day of August 2019. | Dated this _____ day of August 2019. |
| BRADLEY, DRENDEL & JEANNEY | PHILLIPS SPALLAS & ANGSTADT |
| */s/ Leah Ronhaar* | */s/ Timothy Kuhls* |
| Leah Ronhaar, Esq. | Timothy Kuhls |

**ORDER**

Upon stipulation of the parties hereto and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadline to submit a stipulation and order of dismissal with prejudice ordered by the court to be submitted on Friday, August 9, 2019 be continued to no later than August 19, 2019.

Dated this 12th day of August 2019.

WILLIAM G. COBB
U.S. MAGISTRATE JUDGE

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 203112