UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIBETH KILGORE and BRIAN KILGORE, as husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>RALEY'S; ABC CORPORATIONS I-X; BLACK AND WHITE COMPANIES I-X; and DOES I-X, inclusive,<br><br>Defendants. | Case No.: 3:18-cv-00070-LRH-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that party's own costs and attorney's fees.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

- 1 -

## AFFIRMATION

Pursuant to NRS 239B.030, undersigned counsel affirms that this document does not contain the social security number of any individual.

DATED this 15th day of August, 2019.　　　　DATED this 15th day of Aug., 2019.

**BRADLEY, DRENDEL & JENNEY, LTD.**　　　**PHILLIPS, SPALLAS & ANGSTADT**

/s/ Leah Ronhaar

Leah Ronhaar, Esq.　　　　　　　　　　　　Timothy D. Kuhls, Esq.
Nevada Bar No. 13013　　　　　　　　　　　Nevada Bar No. 13362
Post Office Box 1987　　　　　　　　　　　　504 South Ninth Street
Reno, Nevada 89505　　　　　　　　　　　　Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*　　　　　　　　　　*Attorneys for Defendant*
*Maribeth Kilgore and Brian Kilgore*　　　　*Raley's*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 16th day of August, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE